## HUGO A. ASBACH *v.* UNITED STATES

**No. 7338.**—Entered at New York, N. Y., February 11, 1947.
Entry No. Bag. Dec. 908612.

(Decided July 16, 1947)

*Arthur Stoll* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General (*Samuel D. Spector*, special attorney), for the defendant.

OLIVER, Presiding Judge: This appeal for reappraisement involves the dutiable value of a gold bracelet imported by the plaintiff, a passenger arriving on the S. S. *Marine Perch* on February 11, 1947.

The article in question was entered on a baggage declaration and appraised at a valuation of $2,000, which amount was higher than its declared value.

Upon the trial it was agreed between counsel for the respective parties that the value of this bracelet was only $750.

I therefore find the correct dutiable value of the bracelet in issue to be $750.

Judgment will be rendered accordingly.